IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHEEWEES GUZEH, SR.** <br> 3615 Pogonia Court <br> Hyattsville, Maryland 20784 <br><br> Plaintiff <br><br> *v.* <br><br> **ALEXIS FRANCOMANO** <br> 1402 Masters Court <br> West Chester, Pennsylvania 19380 <br><br> *and* <br><br> **ROBERT FRANCOMANO** <br> 1402 Masters Court <br> West Chester, Pennsylvania 19380 <br><br> Defendants | Case No. 1:18-CV-01726 |

**COMPLAINT & DEMAND FOR JURY TRIAL**

**COMES NOW** Plaintiff Cheewees Guzeh, Sr., through counsel, John J. Cord and Posner & Cord, LLC, and for causes of action, sues Defendants Alexis Francomano and Robert Francomano, and states as follows:

**JURISDICTION AND VENUE**

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 exclusive of interest and costs. Jurisdiction is further appropriate in this

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

Court because Plaintiff is a citizen of the State of Maryland while Defendants are citizens of the Commonwealth of Pennsylvania.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial part of the events and omissions giving rise to this claim occurred in this judicial district.

### The Parties

3. Plaintiff Cheewees Guzeh, Sr. is a citizen and resident of Hyattsville, Maryland.

4. Defendant Alexis Francomano is a citizen and resident of West Chester, Pennsylvania.

5. Defendant Robert Francomano is a citizen and resident of West Chester, Pennsylvania.

### Factual Background

6. On July 26, 2015 at approximately 1:45 p.m., Plaintiff was the driver of a vehicle traveling on Interstate 295 in Washington, D.C.

7. At the same date and time, Defendant Alexis Francomano was traveling in a vehicle, owned by Defendant Robert Francomano, on Interstate 295 in Washington, D.C.

8. Plaintiff slowed his vehicle in response to traffic ahead of him. Defendant Alexis Francomano then drove her vehicle into the rear of Plaintiff's vehicle. , causing injury to Plaintiff.

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

9. Defendant was negligent and failed to maintain a safe distance, resulting in the collision.

10. Defendants are at fault for the collision. Plaintiff was acting in a careful and prudent manner without any negligence contributing to his injuries.

## COUNT I
## NEGLIGENCE
## (ALEXIS FRANCOMANO)

11. Plaintiff hereby incorporates by reference and realleges all paragraphs within this Complaint as if fully set forth herein.

12. Defendant Alexis Francomano had a duty to act reasonably and use due care while driving. At the date and time of the collision, Defendant Alexis Francomano breached that duty and was negligent in the following particulars, among others:

    a. Failure to give time and attention;

    b. Failure to keep a proper lookout;

    c. Reckless driving;

    d. Failure to yield the right-of-way;

    e. Failure to keep her vehicle under control;

    f. Failure to drive in accordance with the laws and regulations of the State of Maryland; and

    g. Other acts of negligence not yet specified.

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

13. As a direct result of the automobile collision and Defendant Alexis Francomano's negligence, Plaintiff suffered physical injuries and conscious pain and suffering; and incurred medical expenses and other damages.

14. All of the Plaintiff's damages were proximately caused by the negligence of Defendant Alexis Francomano, and were incurred without contributory negligence or assumption of the risk on the part of the Plaintiff, and without an opportunity for Plaintiff to avoid the collision.

**WHEREFORE**, Plaintiff Cheewees Guzeh, Sr. demands judgment against Defendant Alexis Francomano in an amount exceeding $75,000.00 plus costs, pre-judgment interest and post-judgment interest.

### COUNT II
### NEGLIGENT ENTRUSTMENT
### (ROBERT FRANCOMANO)

15. Plaintiff hereby incorporates by reference and realleges all paragraphs within this Complaint as if fully set forth herein.

16. Defendant Alexis Francomano was acting within the scope of her employment with Defendant Robert Francomano, or else she was a permissive driver at the time of the collision.

20. Defendant Alexis Francomano was a reckless and incompetent driver at the time of the collision.

21. Defendant Robert Francomano knew or should have known that Defendant Alexis Francomano was a reckless and incompetent driver on the day of the collision.

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

22. Despite such knowledge, Defendant Robert Francomano negligently permitted Defendant Alexis Francomano to operate a vehicle within his control, and negligently entrusted that vehicle to Defendant Alexis Francomano.

23. As a direct result of the automobile collision and Defendant Alexis Francomano's negligence, Plaintiff suffered physical injuries and conscious pain and suffering; and incurred medical expenses and other damages.

24. All of the Plaintiff's damages were proximately caused by the negligence of Defendant Robert Francomano, and were incurred without contributory negligence or assumption of the risk on the part of the Plaintiff, and without an opportunity for Plaintiff to avoid the collision.

**WHEREFORE**, Plaintiff Cheewees Guzeh, Sr. demands judgment against Defendant Robert Francomano in an amount exceeding $75,000.00, plus costs, pre-judgment interest and post-judgment interest.

    Respectfully submitted,

    **POSNER & CORD, LLC**

      /s/ John J. Cord
    John J. Cord (Bar No. 495876)
    108 W. Timonium Road,
    Suite 303
    Timonium, Maryland 21093
    (410) 252-0600
    (443) 578-4687 (fax)
    jcord@charmcitylawyer.com
    www.charmcitylawyer.com
    *Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHEEWEES GUZEH, SR.** <br><br> Plaintiff <br><br> *v.* <br><br> **ALEXIS FRANCOMANO,** *et al.* <br><br> Defendants | Case No. 1:18-CV-01726 |

**DEMAND FOR JURY TRIAL**

**COMES NOW** Plaintiff Cheewees Guzeh, Sr., through counsel John J. Cord and Posner & Cord, LLC; and demands a jury trial on all issues pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**POSNER & CORD, LLC**

  /s/ John J. Cord
John J. Cord (Bar No. 495876)
108 W. Timonium Road,
Suite 303
Timonium, Maryland 21093
(410) 252-0600
(443) 578-4687 (fax)
jcord@charmcitylawyer.com
www.charmcitylawyer.com
*Counsel for Plaintiff*

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com